UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **JOSÉ DANÍEL ESCOBAR RAMÍREZ,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| **WARDEN, ERO EL PASO CAMP EAST** | § | **EP-26-CV-01637-DCG** |
| **MONTANA; and** | § | |
| **JUAN LOPEZ,** *Field Office Director*, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING DUPLICATIVE PETITION

*Pro se* Petitioner José Daníel Escobar Ramírez filed his first of two Petitions for a Writ of Habeas Corpus on April 1, 2026.[1]  The First Petition currently remains pending.

Petitioner then filed the instant Petition on June 12, 2026.[2]  The Second Petition is virtually identical to the First—in fact, several pages of the Second Petition appear to be photocopied directly from the First Petition.[3]

---

[1] *See* Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 at 1, *Escobar Ramirez v. Lopez*, No. 3:26-cv-00915 (W.D. Tex. Apr. 1, 2026), ECF No. 1 [hereinafter 1st Pet.].

All page citations in this Order refer to the page numbers assigned by the Court's CM/ECF system, rather than the cited document's internal pagination.

[2] *See generally* 2d Pet.

[3] *Compare* 1st Pet. at 6–7, *with* 2d Pet. at 6–7.

The Court therefore **DISMISSES** the above-captioned case as duplicative.

The Court **INSTRUCTS** Petitioner not to submit any further duplicative filings. Doing so diverts the Court's time and attention from ruling on other habeas petitions—including Petitioner's own.

Petitioner's first habeas case (*Escobar Ramirez v. Lopez*, 3:26-cv-00915) **REMAINS OPEN**. The Court will rule on the Petition in that case in due course, as the Court's heavy caseload permits.

The Clerk of Court **SHALL MAIL** this Order to:

José Daníel Escobar Ramírez
ERO El Paso Camp East Montana
6920 Digital Road
El Paso, TX 79936

Just in case the Government relocates Petitioner to another facility while this mailing is in transit, the Clerk of Court **SHALL ALSO MAIL** this Order to:

José Daníel Escobar Ramírez
El Paso Service Processing Center
8915 Montana Avenue
El Paso, TX 79925

**So ORDERED and SIGNED this 15th day of June 2026.**

_____
**DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE**